UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: SUSAN MILLETTE                                   Cause No. 05-18289-DWH

U.S. BANK, N.A.                                         MOVANT
VS.
SUSAN MILLETTE                                          RESPONDENT

ALEX B. GATES                                           RESPONDENT

AGREED ORDER RESOLVING MOTION FOR RELIEF FROM
AUTOMATIC STAY AND FOR ABANDONMENT OR,
ALTERNATIVELY, FOR ADEQUATE PROTECTION (DK #56)

THIS DAY, there came on to be heard and was heard the Motion for Relief from Automatic Stay and for Abandonment or, Alternatively, for Adequate Protection (DK#56) filed by U. S. Bank, N.A. and the Court having considered the evidence finds as follows:

(1)

That the Court has jurisdiction over the parties and the subject matter herein.

(2)

That the Debtor's executed a Promissory Note and Deed of Trust to U. S. Bank, N.A. in the amount of $110,932.00 on July 26, 2002 pledging their homestead property as collateral therein.

(3)

That the Debtor's filed a Chapter 7 Bankruptcy Petition and that there is no equity in the property and it is not needed for an effective reorganization of the Debtor.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided for by 11 U.S.C. 362a is hereby terminated as to the collateral and the Trustee hereby abandons the property from the Estate pursuant to 11 U.S.C. 554b. It is further Ordered that the Creditor is hereby allowed to enforce any and all rights it has to the respective

property described in Paragraph 3 of the Motion herein via state court foreclosure proceedings or otherwise.

It is further Ordered that the 14day stay of the Order Lifting Stay is hereby waived as provided in Bankruptcy Rule 4001(a)(3).

It is further Ordered that this Order shall not remain in effect in the event that the Debtor converts to a Chapter 13 Bankruptcy.

SO, ORDERED, ADJUDGED AND DECREED this, the 3rd day of February 2010.

*[signature]*
U. S. BANKRUPTCY JUDGE

APPROVED AS TO FORM:

*[signature]*
BART M. ADAMS, ESQ.
ATTORNEY FOR CREDITOR

*[signature]*
JILL CLYBURN, ESQ.
ATTORNEY FOR DEBTOR